No. 246. KATIE ROBERTS WILSON *v.* MARGARET JANE ROBINSON ET AL.   October 10, 1927.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. John F. Doré* for petitioner.   *Mr. George Dysart* for respondents.

No. 247. MINN MARIE WILSON, *v.* MARGARET JANE ROBINSON ET AL.   October 10, 1927.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. John F. Doré* for petitioner.   *Mr. George Dysart* for respondent.

No. 248. SOLOMON LAURISDEN AND HARRY KAMPS *v.* LOUIS H. ALEXANDER AND JOHN DOE ALEXANDER.   October 10, 1927.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. John F. Doré* for petitioners.   No appearance for respondents.

No. 249. NEW YORK LIFE INSURANCE COMPANY *v.* HENRI M. SLIOSBERG.   October 10, 1927.   Petition for a writ of certiorari to the Supreme Court of the State of New York denied.   *Mr. John F. Dulles* for petitioner. *Mr. Walter H. Pollak* for respondent.

No. 250. NEW YORK LIFE INSURANCE COMPANY *v.* HENRI M. SLIOSBERG.   October 10, 1927.   Petition for a writ of certiorari to the Supreme Court of the State of New York denied.   *Mr. John F. Dulles* for petitioner. *Mr. Walter H. Pollak* for respondent.

No. 251. A. W. MELLON, DIRECTOR GENERAL *v.* C. B. IVEY AND E. S. ESTES.   October 10, 1927.   Petition for a